UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMERICAN COASTAL INSURANCE
COMPANY, a Florida Corporation, as
subrogee of Eagle Ridge Condominium
Association, Inc.; FEDNAT INSURANCE
COMPANY, a Florida Corporation, as
subrogee of Denise Talt and Todd and
Cathleen Leutz; and DENISE TALT,
individually,

      Plaintiffs,

v.                                      Case No.: 2:19-cv-00180-JLB-MRM

ELECTROLUX HOME PRODUCTS, INC., a
Delaware Corporation,

      Defendant.
_____/

## ORDER

The parties have filed a Stipulation of Voluntary Dismissal (Doc. 68) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Stipulation is self-executing. *Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida on September 10, 2020.

*/s/ John L. Badalamenti*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE